# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

UNITED STATES OF AM ERICA

v.  **INDICTMENT**

HARVEY STARLING  1:24CR7 AW/ML

_____/

**THE GRAND JURY CHARGES:**

### COUNT ONE

Between on or about March 30, 2023, and on or about April 6, 2023, in the Northern District of Florida and elsewhere, the defendant,

**HARVEY STARLING,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons to distribute and possess with intent to distribute a controlled substance, and this offense involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and hydrocodone, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

### COUNT TWO

On or about April 6, 2023, in the Northern District of Florida, the defendant,

**HARVEY STARLING,**

did knowingly and intentionally possess with intent to distribute a controlled



substance, and this offense involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers and hydrocodone.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and 841(b)(1)(C).

## CRIMINAL FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From his engagement in the violations alleged in Counts One and Two, punishable by imprisonment for more than one year, the defendant,

## HARVEY STARLING,

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), all of his interest in:

A. Property constituting or derived from any proceeds the defendant obtained directly or indirectly as the result of such violations.

B. Property used in any manner or part to commit or to facilitate the commission of such violations.

If any of the property subject to forfeiture as a result of any act or omission of the defendant:

i. cannot be located upon the exercise of due diligence;

2

    ii.    has been transferred or sold to, or deposited with, a third person;

    iii.    has been placed beyond the jurisdiction of this Court;

    iv.    has been substantially diminished in value; or

    v.    has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL:

*Redacted*

\_\_\_\_\_4/23/24\_\_\_\_\_
DATE

_____
JASON R. COODY
United States Attorney

_____
DAVID P. BYRON
Assistant United States Attorney