IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

Case No: 1:24cr7 AW/MAL

v.

HARVEY STARLING

_____/

## STATEMENT OF FACTS

THE UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney, provides this factual basis for the acceptance of the guilty plea of Defendant Harvey Starling ("Defendant"). Should this case proceed to trial, the government is prepared to present evidence as follows:

During the period of time including March 30, 2023, through April 6, 2023, the Defendant, along with co-conspirators, agreed to possess methamphetamine in an amount over 50 grams, as well as hydrocodone, and to cause the same to be distributed at locations within the Northern District of Florida. As part of this conspiracy, the Defendant conspired with co-conspirator C.M. and others to arrange the purchase of pound quantities of methamphetamine, as well as hydrocodone pills, which the Defendant then resold to buyers located within the Northern District of Florida. Through this conspiracy, the Defendant, along with his co-conspirators, did



knowingly distribute 50 grams or more of methamphetamine and hydrocodone. (Count One).

On April 6, 2023, during the course of this conspiracy, the Defendant communicated with co-conspirator C.M. for the purpose of purchasing narcotics for re-sale. The Defendant agreed to receive approximately one pound of methamphetamine from the co-conspirator as well as Lortab hydrocodone pills. The co-conspirator subsequently dropped off approximately one pound of methamphetamine and approximately 44 Lortab hydrocodone pills to the Defendant at his residence. The Defendant received and possessed these narcotics with the intent to sell the same. Later that day, law enforcement executed a search warrant at the Defendant's residence, during the course of which law enforcement seized suspected methamphetamine and 43 pills. (Count Two).

The suspected methamphetamine and pills were later submitted to the DEA laboratory for chemical analysis; the suspected methamphetamine was determined to be approximately 451.6 net grams of 97% pure methamphetamine, and the pills were determined to be approximately 19.4 net grams of hydrocodone and acetaminophen.

## ELEMENTS OF THE OFFENSE-COUNT ONE

(1) Two or more people in some way agreed to try to accomplish a shared and unlawful plan to distribute or possess with intent to distribute methamphetamine and hydrocodone;

(2) The Defendant knew the unlawful purpose of the plan and willfully joined in it;

(3) The object of the unlawful plan was to distribute or possess with intent to distribute 50 grams or more of methamphetamine and hydrocodone.

## ELEMENTS OF THE OFFENSE – COUNT TWO

(1) The defendant knowingly possessed methamphetamine and hydrocodone;

(2) The defendant intended to distribute the methamphetamine and hydrocodone;

(3) The weight of the methamphetamine that defendant possessed with intent to distribute was 50 grams or more of actual methamphetamine.

JASON R. COODY
United States Attorney

_____
David Wilson, Esq.
Attorney for Defendant

_____
David P. Byron
Florida Bar No. 0105777
Assistant U.S. Attorney
Northern District of Florida
401 SE First Ave, Suite 211

5-28-2024
Date

/s/ Harvey Starling
Harvey Starling
Defendant

5-28-2024
Date

Gainesville, FL 32601
352-378-0996
David.byron@usdoj.gov

6/25/2024
Date

4